

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-15-00218-CV

David **GOAD,**
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

No. 04-15-00219-CV

David **GOAD,**
Appellant

v.

Jamie **OSBORNE**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392 and 2014-CV-0393
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

The brief of appellant David Goad in these consolidated appeals was due July 20, 2015. Neither the brief nor a motion for extension of time was filed. On July 23, 2015, we ordered Goad to file, not later than August 3, 2015, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. On August 6, the court received Goad's motion for extension of time to file his brief and a request for a copy of the record.

We grant the motion. We order the Clerk of this court to send a copy of the appellate record to appellant on CD Rom. Appellant is advised that if he desires a supplemental clerk's record, he must request the supplement in writing from the trial court clerk and file a copy of the request in this court. Any such request will not be grounds for extending the due date for appellant's brief.

We order appellant's brief due **September 18, 2015** (60 days after the original due date). No further extensions will be granted absent a motion showing of extraordinary circumstances. If the brief or a motion is not electronically filed or received in this court by September 18, 2015, the appeal will be dismissed for want of prosecution. The mailbox rule will not apply.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court